**Appeal Dismissed and Memorandum Opinion filed April 26, 2022.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-22-00152-CR

**DERIN KEITH MUELLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 149th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 73524**

## MEMORANDUM OPINION

Appellant was adjudicated guilty of indecency with a child by contact and sentenced to prison for eight years on August 21, 2015. Appellant filed a notice of appeal on March 4, 2022. The notice is not timely filed. *See* Tex. R. App. P. 26.2(a).

A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). When a notice of

appeal is not timely filed, the court of appeals can take no action other than to dismiss the appeal for lack of jurisdiction. *See id.*

On March 16, 2022, the parties were notified that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

The appeal is dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Wise, Poissant and Wilson.

Do Not Publish — Tex. R. App. P. 47.2(b).